IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEN COOPER, DAN COOPER AND COOPER HOLDINGS, LLC, </br></br> Plaintiffs, </br></br> vs. </br></br> e-J4, LLC, d/b/a ej4, </br></br> Defendant. | Case No. 12-CV-01318-W-ODS |

## NOTICE OF DISMISSAL

COME NOW Plaintiffs Ken Cooper, Dan Cooper and Cooper Holdings, LLC (collectively, "Plaintiffs"), by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismiss their Complaint in the above-entitled matter, with prejudice. Each party shall bear its own costs.

Dated: March 7, 2013

Respectfully Submitted By,

LATHROP & GAGE LLP

By: */s/ Greer S. Lang*
Greer S. Lang    MO #40107
Rebecca J. McMahon    MO#55708
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: 816.292.2000
Telecopier: 816.292.2001
glang@lathrogpgage.com
rmcmahon@lathropgage.com

**Attorneys for Plaintiffs**